188 April 1, 2026 No. 253

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ERIC EDMOND GLAVIN,
*Defendant-Appellant.*

Lane County Circuit Court
24CR13033; A186262

Stephen W. Morgan, Judge.

Submitted February 13, 2026.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant. Appellant filed the supplemental brief *pro se*.

Lauren P. Robertson, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals a judgment of conviction entered after a bench trial. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief contains a Section B, in which defendant contends that the trial court violated his constitutional right to cross-examine witnesses. *See* ORAP 5.90(1)(b). We affirm.[1]

Defendant was charged with assault in the second degree. He executed a written waiver of his right to a jury trial and asserted the defense of self-defense. After a bench trial, the court found defendant guilty of assault in the second degree, found the aggravating circumstance that defendant committed the crime while on probation, and sentenced him to 100 months' incarceration.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.